PS 40
(07/93)

# United States District Court
## District of South Dakota
## U.S. Probation & Pretrial Services

**FILED**
MAR 07 2008

### NOTICE REGARDING PASSPORT

1. **X**   NOTICE OF ORDER NOT TO OBTAIN PASSPORT

2. **X**   NOTICE OF SURRENDERED PASSPORT

3. __   REMOVAL OF NOTICE OF SURRENDERED PASSPORT OR ORDER NOT TO OBTAIN A PASSPORT

TO:   Office of Passport Policy and Advisory Services
       2100 Pennsylvania Avenue N.W., 3rd Floor
       Washington, D.C. 20037

RE:   William Reed

DATE OF BIRTH: 5/19/83
PLACE OF BIRTH: Des Moines, IA
SSN:   ̄  ̄ -1148
PASSPORT RECEIVED FROM: Sarah French

1. **X**   **PURSUANT TO THE** Court's order entered on __2/5/08__ in Case number __08-40010__, the defendant is not permitted to apply for the issuance of a passport during the pendency of the action.

2. **X**   **PURSUANT TO THE** Court's order entered on __2/5/08__ in Case Number __08-40010__, Passport Number __422364001__ issued to the above-named defendant was surrendered to the custody of the Clerk of U.S. District Court on __2/09/08__, and the defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

3. __   ON ___, our office filed a notice of:

   **SURRENDERED PASSPORT** on Passport Number ___ on the above-named defendant; or

   **AN ORDER NOT TO OBTAIN A PASSPORT** on the above-named defendant. This is to provide notice that the above case has been disposed of and the above order of the Court is no longer in effect. Please remove notice from your records.

Sincerely,

James E. Johnson
U.S. Probation Officer
U.S. Probation/Pretrial Services Office
Phillips Centre, Suite 101
300 S. Phillips Avenue
Sioux Falls, SD 57104-6323

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court
Copy with Passport