UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WILLIAM ROBERT JOSEPH REED,<br><br>               Defendant. | CR08-40010<br><br>DEMAND FOR NOTICE OF ALIBI DEFENSE |

Comes now the United States of America, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, and requests and demands notice of alibi defense in the above-captioned matter and further states that the government's contention is that the offense took place on the following dates at Brookings, South Dakota.

April 14, 2006, April 16, 2006, January 12, 2007, January 14, 2007, February 15, 16 and 18, 2007; July 5, 2007

Dated and electronically filed this 20th day of July, 2009.

                              MARTY J. JACKLEY
                              United States Attorney

                              */s/ Jeffrey C. Clapper*
                              _____
                              Jeffrey C. Clapper
                              Assistant United States Attorney
                              P. O. Box 2638
                              Sioux Falls, SD 57101-2638
                              Telephone:  (605)330-4400
                              Facsimile:  (605)330-4410
                              E-Mail:  Jeff.Clapper@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of July, 2009, a true and correct copy of the foregoing was served upon the following person(s), by placing the same in the service indicated, addressed as follows:

Mr. Henry Evans                                     x - via e-filing
Attorney at Law


                                        */s/ Jeffrey C. Clapper*
                                        _____
                                        Jeffrey C. Clapper
                                        Assistant United States Attorney